**Electronically Filed
Supreme Court
SCPW-22-0000455
27-SEP-2022
11:28 AM
Dkt. 14 ODDP**

SCPW-22-0000455

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

TREVONDRICK J. FRANCIS, Petitioner,

vs.

FIRST CIRCUIT COURT, STATE OF HAWAI'I, Respondent.

_____

ORIGINAL PROCEEDING
(CASE NO. 1PC091001414)

ORDER DISMISSING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ., and
Circuit Judge Hamman, in place of Eddins, J., recused)

Upon consideration of Petitioner's letter, filed on July 25, 2022, which we construed as a petition for writ of mandamus, the answer filed on September 2, 2022, and the record, Petitioner's Rule 40 petition was filed in the circuit court in 1CPN-22-0000011. Petitioner may file motions or other requests in 1CPN-22-0000011. Accordingly,

IT IS HEREBY ORDERED that the petition is dismissed as moot.

DATED: Honolulu, Hawai'i, September 27, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Kirstin M. Hamman

